# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN FORD, | : | Civil No. 1:25-CV-00994 |
| Petitioner, | : | |
| v. | : | |
| BRAD SHOEMAKER, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 16th day of July, 2025, upon consideration of self-represented Petitioner Sean Ford's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, and the motion to proceed *in forma pauperis*, Doc. 4 ,

**IT IS ORDERED THAT**:

1. Petitioner's motion to proceed *in forma pauperis*, Doc. 4, is **GRANTED.**
2. The petition, Doc. 1, is deemed **FILED**.
3. The petition, Doc. 1, is **DISMISSED** without prejudice.
4. A Certificate of Appealability is **DENIED**.
5. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
